| AO-10 Rev. 1/2001 | FINANCIAL DISCLOSURE REPORT FOR NOMINEES | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111) |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)* Gibson, Kim R. | 2. Court or Organization District Court - Western District of Pennsylvania | 3. Date of Report 04/30/03 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* U.S. District Judge | 5. ReportType (check appropriate type) XX Nomination, Date 04/29/03 __ Initial __ Annual __ Final | 6. Reporting Period 01/01/2002 to 04/15/2003 |
| 7. Chambers or Office Address Somerset County Courthouse 111 East Union Street Somerset, PA 15501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Co-Chairman | Flight 93 Memorial Task Force |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 1978 | Somerset County Employees Retirement Plan, pension received each month beginning in 2001 |
| 2 1998 | Pennsylvania State Employees Retirement Plan, pension upon retirement and reaching 60 years of age |
| 3 1996 | United States Army Reserves Retirement, pension received upon reaching 60 years of age |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2001 | Administrative Office of Pennsylvania Courts (judge salary) | $ $116,117.52 |
| 2 2001 | Somerset County Employees Retirement (county pension) | $ $1,072.56 |
| 3 2002 | Administrative Office of Pennsylvania Courts (judge salary) | $ $119,341.29 |
| 4 2002 | Somerset County Employees Retirement (county pension) | $ $12,455.52 |
| 5 | | $ |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|--------|-------------|
| ☐ NONE (No such reportable reimbursements.) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| ☐ NONE (No such reportable gifts.) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|----------|-------------|-------------|
| ☐ NONE (No reportable liabilities.) | | |
| MBNA | Credit Card - Cash Advance | K |
| USAA | Credit Card | J |
| | | |
| | | |
| | | |
| | | |

| Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- | --- | --- |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | | P2=$5,000,001-$25,000,000 | | |
| | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kim R. Gibson | 04/30/03 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | —————Exempt————— | | | | |
| 1 First National Bank | A | int. | K | T | | | | | |
| 2 Somerset Trust Company | A | div./int. | L | T | | | | | |
| 3 Nationwide Retirement Solutions | A | div./int. | M | T | | | | | |
| 4 USAA Investments | A | div./int. | J | T | | | | | |
| 5 Commonwealth of PA State Employees Retirement | B | int. | L | T | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | P4=More than $50,000,000 | | | |
| 3. Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | W=Estimated | | | | |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type (e.g. div., rent or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Kim R. Gibson | Date of Report<br>04/30/03 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

Date _____ **April 30, 2003**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT
## NET WORTH
## (KIM RICHARD GIBSON)

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 5, | 000 | 00 | Notes payable to banks-secured | | | 0 |
| U.S. Government securities - add schedule | | | 0 | Notes payable to banks-unsecured | | | 0 |
| Listed securities-add schedule | | | 0 | Notes payable to relatives | | | 0 |
| Unlisted securities- -add schedule | | | 0 | Notes payable to others | | | 0 |
| Accounts and notes receivable: | | | 0 | Accounts and bills due | 1, | 000 | 00 |
| Due from relatives and friends | | | 0 | Unpaid income tax | | | 0 |
| Due from others | | | 0 | Other unpaid income and interest | | | 0 |
| Doubtful | | | 0 | Real estate mortgages payable - **add schedule** | 202, | 000 | 00 |
| Real estate owned-add schedule | 300, | 000 | 00 | Chattel mortgages and other liens payable | | | 0 |
| Real estate mortgages receivable | | | 0 | Other debts-itemize: | | | |
| Autos and other personal property | 90, | 000 | 00 | **Somerset Trust Bank** | 130, | 000 | 00 |
| Cash value-life insurance | 20, | 000 | 00 | **MBNA** | 48, | 000 | 00 |
| Other assets itemize: | | | | **(Car Loan)  First National Bank** | 4, | 000 | 00 |
| **Pension/Profit Sharing** | 46, | 000 | 00 | **(Car Loan)  USAA** | 19, | 000 | 00 |
| **IRA's** | 33, | 000 | 00 | | | | |
| **Deferred Compensation** | 100, | 000 | 00 | Total liabilities | 404, | 000 | 00 |
| **State Retirement Cash Value** | 70, | 000 | 00 | Net Worth | 260, | 000 | 00 |
| Total Assets | 664, | 000 | 00 | Total liabilities and net worth | 664, | 000 | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor **(daughter's student loan)** | 21, | 000 | 00 | Are amu assets pledged? (Add schedule) | Yes | | |
| On leases or contracts | | | 0 | Are you [a] defendant in any suits or legal actions? | No | | |
| Legal Claims | | | 0 | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | 0 | | | | |
| Other special debt | | | 0 | | | | |